UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONNA LAIRD                                                         CIVIL ACTION

VERSUS                                                              NO. 16-707-JWD-RLB

STATE FARM FIRE AND CASUALTY
COMPANY, ET AL.

# ORDER

Before the Court is State Farm's Motion for Entry of Order Permitting Deposition of East Baton Rouge Assistant District Attorney. (R. Doc. 46). Plaintiff filed a Response. (R. Doc. 48). State Farm has filed a Reply. (R. Doc. 56). The Court conducted a hearing on the motion on July 12, 2017.

    PRESENT:[1]   Kearney S. Loughlin
                        Counsel for plaintiff

                        Lesli D. Harris
                        Counsel for defendants,
                        State Farm Fire and Casualty Company,
                        State Farm Life Insurance Company and
                        State Farm Mutual Automobile Insurance Company

                        Allison Rutzen
                        Counsel for Assistant District Attorney Melanie Fields

                        Lee J. Ledet
                        Counsel for defendant,
                        Detective Patti Freeman
                        Sheriff Sid J. Gautreaux

                        Mary K. Cryar
                        Counsel for defendant,
                        Columbia Casualty Company

---

[1] The Court received a letter from Eleanor W. Wall, counsel for defendant, Stan Douglas, waiving her appearance for the hearing. In addition, the Court received a letter from Matthew W. Pryor, counsel for defendant, Michael Rojas, waiving his appearance for the hearing. Those letters are attached.

Donna Laird ("Plaintiff") initiated this action in state court, alleging that she was maliciously prosecuted for the crimes of second degree battery, false imprisonment, crimes of violence against a victim 65 years old or older, cruelty to the infirmed, exploitation of the infirmed, and unauthorized use of a motor vehicle. (R. Doc. 1-1). Plaintiff sought and was granted expungement of the state court criminal record after the charges were dismissed.

State Farm removed the action to this Court on October 20, 2016. (R. Doc. 1).

On March 20, 2017, Plaintiff executed an "Authorization and Release for Expunged Records Pursuant to Louisiana Code of Criminal Procedure Article 973(A)(3)." (R. Doc. 56-1). State Farm is now seeking to depose Melanie Fields, the Assistant District Attorney assigned to the underlying criminal case, regarding the facts and circumstances of the prosecution, including why it was dismissed. The East Baton Rouge Parish District Attorney's Office informed State Farm that before it would agree to release Ms. Fields for a deposition to discuss the underlying criminal case, which is subject to expungement, it would require an Order from the Court authorizing the deposition pursuant to Louisiana Code of Criminal Procedure Article 973(A)(2).

Louisiana Code of Criminal Procedure Article 973 provides, in relevant part, the following:

> A. An expunged record of arrest or conviction shall be confidential and no longer considered to be a public record and shall not be made available to any person or other entity except for the following:
>
> (1) To a member of a law enforcement or criminal justice agency or prosecutor who shall request that information in writing, certifying that the request is for the purpose of investigating, prosecuting, or enforcing criminal law, for the purpose of any other statutorily defined law enforcement or administrative duties, or for the purposes of the requirements of sex offender registration and notification pursuant to the provisions of R.S. 15:540 et seq.
>
> (2) On order of a court of competent jurisdiction and after a contradictory hearing for good cause shown.

> (3) To the person whose record has been expunged or his counsel.
>
> (4) To a member of a law enforcement or criminal justice agency, prosecutor, or judge, who requests that information in writing, certifying that the request is for the purpose of defending a law enforcement, criminal justice agency, or prosecutor in a civil suit for damages resulting from wrongful arrest or other civil litigation and the expunged record is necessary to provide a proper defense.

La. Civ. Code art. 973(A). A "record" is defined to include "any incident reports, photographs, fingerprints, disposition, or any other such information of any kind in relation to a single arrest event in the possession of the clerk of court, any criminal justice agency, and local and state law enforcement agencies but shall not include DNA records." La. Civ. Code art. 972(1).

Although the Court does not make a specific finding that this Louisiana Code provision is necessarily applicable to the instant case in federal court, to the extent that Louisiana Code of Criminal Procedure Article 973(A) requires the issuance of a court order before a prosecuting attorney may provide information at a deposition on a criminal action with an expunged record, the instant Order is intended to satisfy the requirements of that statute.

At the July 12, 2017 hearing, no objections were raised to the deposition proceeding.[2] The Court also finds that there is good cause for the release of this information, as the expungement of records at issue directly relates to the subject matter of the instant action.

Based on the foregoing,

**IT IS ORDERED** that State Farm's Motion for Entry of Order Permitting Deposition of East Baton Rouge Assistant District Attorney (R. Doc. 47) is **GRANTED**. The Court orders that the deposition of Melanie Fields may proceed pursuant to Louisiana Code of Criminal Procedure Article 973(A)(2). To the extent the deposition at issue will require further dissemination of any

---

[2] While some counsel present raised concerns regarding potential objections based upon attorney-client privilege or work product immunity, the Court informed counsel that a ruling on prospective objections was not ripe for consideration.

expunged record of the Plaintiff, whether through deposition testimony or physical record, that information may be disclosed by Ms. Fields.

**IT IS FURTHER ORDERED** that pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the non-expert discovery deadline is extended to **August 11, 2017** for the limited purpose of completing the deposition of Melanie Fields. Nothing in this Order shall be construed as defining the scope of the deposition or the ability of Ms. Fields or any party to raise specific objections. Any motions with regard to the deposition of Melanie Fields or relating to such discovery must be filed within the time allowed by Local Rule 26(d)(1).

Signed in Baton Rouge, Louisiana, on July 13, 2017.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

```
                    ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
   TIME RECEIVED               REMOTE CSID            DURATION   PAGES    STATUS
   July 12, 2017 8:36:12 AM PDT  POTS modem 1          58         1        Received
Ruth Bayhi POTSmodem1                                  (1/1) 07/12/2017 10:35:26 AM -0500
```

RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
MATTHEW L. MANN
DARRIN M. O'CONNOR
MICHELE TROWBRIDGE BARRECA

EMAIL ADDRESS OF WRITER
ewall@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8928

DIRECT FAX OF WRITER:
(225) 336-8924

PLEASE REPLY TO:
**BATON ROUGE**

# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 THIRD STREET, SUITE 302
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

C. GORDON JOHNSON, JR. (Retired)
JAMES S. THOMPSON (Retired)
CHAUNTIS T. JENKINS (Of Counsel)

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
EMILY S. MORRISON
ELEANOR W. WALL
GORDON P. GUTHRIE, III
LEANDRO R. AREA
SAMUEL P. BAUMGARTNER
KELLY R. ENGLERT
MICHELLE D. BROOKS
BRENDAN P. CONNICK
KRISTOPHER M. GOULD*
KELSEY L. JARRETT
KELLYE R. GRINTON
ADRIENNE D. RACHEL
MARLA E. MITCHELL
MATTHEW E. SIMMONS
JADE ENNIS
ANDREW G. WEST
J. MURPHY DELAUNE
MICHAEL B. GUERRY
NICHOLAS J. GUARISCO
AMY L. McINNIS
KIRK D. PFEFFERLE

*Also Licensed in North Carolina

July 12, 2017

Magistrate Judge Richard L. Bourgeois, Jr.
U.S. District Court, Middle District of Louisiana
777 Florida Street, Suite 278
Baton Rouge, LA 70801

**VIA FAX NO. (225) 389-3603**

Re: Donna Laird vs. State Farm Fire and Casualty Company, State Farm Life Insurance Company, State Farm Mutual Automobile Insurance Company, Stan Douglas, Michael Rojas, Detective Patti Freeman, and Sid Gautreaux in his official capacity as Sheriff of EBRP
Our File No.: 941.1077

Dear Judge Bourgeois:

I represent State Farm Mutual Automobile Insurance Company in the above-captioned matter. I am writing to advise you that I will be waiving my appearance at the July 12, 2017 hearing on State Farm's Motion for Entry of Order Permitting Deposition of East Baton Rouge Assistant District Attorney (R. Doc. 46).

Please do not hesitate to contact me at ewall@phjlaw.com.

Sincerely,

ELEANOR W. WALL

EWW/rb
cc: All Counsel of Record (via email)

```
**  INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY  **
TIME RECEIVED              REMOTE CSID              DURATION   PAGES   STATUS
July 11, 2017  7:46:11 AM PDT                       62         2       Received
```
JUL/11/2017/TUE 08:49 AM                    FAX No.                          P. 001



TIMOTHY E. PUJOL   MATTHEW W. PRYOR   BARBARA LANE IRWIN   MATTHEW P. ROTH

July 11, 2017

**VIA FACSIMILE: (225) 389-3603**
Magistrate Judge Richard L. Bourgeois, Jr.
U.S. District Court, Middle District of Louisiana
777 Florida Street, Suite 278
Baton Rouge, LA 70801

      **Re:** *Laird v. State Farm Fire & Casualty Company, et al*
          U.S. Middle District Court, Case No: 3:16-cv-00707-JWD-RLB
          Our File No: 16-070

Dear Judge Bourgeois:

    I represent Michael Rojas is the above captioned matter. I am writing to advise you that I will be waiving my appearance as counsel for Michael Rojas for the July 12, 2017 hearing on State Farm's Motion for Entry of Order Permitting Deposition of East Baton Rouge Assistant District Attorney (R. Doc. 46), as I will be out of state.

    Mr. Rojas takes no position as to the motion, but would respectfully request that discussion of any other matters be postponed until a date when I am able to attend on behalf of my client. I will return on July 24, 2017.

    Should you need to reach me, please do not hesitate to e-mail me at mpryor@ppiattorneys.com.

With best regards, I am,

                                         Truly yours,
                                         PUJOL, PRYOR & IRWIN, LLC

                                         Mathew W. Pryor

12320 La. Highway 44, Building 4 Suite C, Gonzales, Louisiana, 70737 Telephone: (225)644-0607 Facsimile: (225) 644-1688
Website: www.thelitigationfirm.net  Writers email: mpryor@ppiattorneys.com

MWP/hme

cc: All counsel of record via e-mail

Charles L. Chassaignac, IV, Esq. (cchassaignac@phjlaw.com)
Eleanor Weeks Wall, Esq. (ewall@phjlaw.com)
Judson G. Banks, Esq. (jbanks@erlingsonbanks.com)
Kearney S. Loughlin, Esq. (kloughlin@att.net)
Kellye Rosenzweig Grinton, Esq. (kgrinton@phjlaw.com)
Lee J. Ledet, Esq. (lledet@erlingsonbanks.com)
Lesli D. Harris, Esq. (lharris@stonepigman.com)
Mary G. Erlingson, Esq. (merlingson@erlingsonbanks.com)
Ashley E. Gilbert, Esq. (Ashley.gilbert@cna.com)
Wayne J. Lee, Esq. (wlee@stonepigman.com)