UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LAIRD | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY, ET AL. | NO. 16-707-JWD-RLB |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Propound Additional Fact Discovery (R. Doc. 63) filed on August 8, 2017. The Court ordered the parties to file any response to the instant Motion on or before August 22, 2017. (R. Doc. 65). No response has been filed as of the date of this Order. Accordingly, the Motion is deemed to be unopposed.

Non-expert discovery closed in this action on July 12, 2017. (R. Doc. 43). The Court extended the non-expert discovery deadline to August 11, 2017 solely for the limited purpose of completing the deposition of Melanie Fields. (R. Doc. 58). Plaintiff represents that Ms. Field's deposition occurred on August 3, 2017. (R. Doc. 63 at 1). Plaintiff asserts that Ms. Fields "identified additional documents and things that were contained in her file but were never disclosed to [Plaintiff]," and "further testified that the documents and things that are missing from her file should now be in the possession of the East Baton Rouge Parish Sheriff." (R. Doc. 63 at 1). Plaintiff seeks an order allowing her to propound three additional requests for production of documents on defendants Patti Freeman and Sid Gautreaux to obtain the information identified at the deposition. (*See* R. Doc. 63-2).[1]

Having reviewed the record, the Court finds good cause pursuant to Rule 16(b)(4) to extend the non-expert discovery deadline for the sole purpose of allowing Plaintiff to conduct the

---

[1] These document requests were served on the defendants on August 8, 2017. (R. Doc. 63-2 at 2).

additional discovery requested. Furthermore, considering the approaching deadline to file dispositive motions, the Court will require defendants Patti Freeman and Sid Gautreaux to provide responses to the discovery requests on an expedited basis pursuant to Rule 34(b)(2)(A).

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion (R. Doc. 63) is **GRANTED**. Pursuant to Rule 16(b)(4), the deadline to complete non-expert discovery is extended to **September 4, 2017** for the sole purpose of allowing Plaintiff to conduct the additional discovery requested in the Motion. Pursuant to Rule 34(b)(2)(A), defendants Patti Freeman and Sid Gautreaux must respond as appropriate to Plaintiff's Request for Production of Documents Nos. 1-3 (R. Doc. 63-2) on or before **September 4, 2017**.

Signed in Baton Rouge, Louisiana, on August 23, 2017.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**